JOHN H. DONBOLI (SBN: 205218)
jdonboli@delmarlawgroup.com
CAMILLE JOY DECAMP (SBN: 236212)
cdecamp@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: (858) 793-6244
Facsimile:   (858) 793-6005

Attorneys for Plaintiff Sonia Hofmann,
an individual, and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA HOFMANN, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DUTCH, LLC, a California Limited Liability Company;  and DOES 1 through 100,  inclusive,<br><br>Defendant. | CASE NO.: 3:14-cv-02418-GPC-JLB<br><br>*Complaint Filed: September 5, 2014*<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION:  (1) GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT; (2) SCHEDULING A FAIRNESS AND FINAL APPROVAL HEARING; AND (3) DIRECTING THAT NOTICE BE SENT TO CLASS MEMBERS**<br><br>Date:          January 06, 2017<br>Time:         1:30 p.m.<br>Courtroom: 2D<br>Judge:        Hon. Gonzalo P. Curiel |

-1-
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

| | |
|---|---|
| 1 | **NOTICE OF MOTION** |
| 2 | **PLEASE TAKE NOTICE** that on January 06, 2017 at 1:30 p.m., or as |
| 3 | soon thereafter as the matter may be heard, in Courtroom 2D of the United States |
| 4 | District Courthouse, 221 West Broadway, Suite 4165, San Diego, California, |
| 5 | 92101, before the Honorable Gonzalo P. Curiel, Plaintiff Sonia Hofmann |
| 6 | ("Plaintiff") will, and hereby does, move the Court for an order granting: (1) |
| 7 | Preliminary Approval of Class Settlement, (2) Scheduling a Final Approval |
| 8 | Hearing, and (3) Directing that Notice Be Sent to Class Members. Said Motion |
| 9 | will be based on this notice, the attached points and authorities, the Declaration of |
| 10 | John H. Donboli, and the complete files and records in this action. |
| 11 | **Because all parties agreed to the proposed class settlement, this Motion** |
| 12 | **is not being opposed by Defendant Dutch, LL ("Defendant").** |

Dated: October_14, 2016        Respectfully submitted,

DEL MAR LAW GROUP, LLP


By:/s/ John H. Donboli
John H. Donboli
Camille Joy DeCamp
Attorneys for Sonia Hofmann, an
individual, and on behalf of all others
similarly situated